**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**HENRY BENITEZ,**

                **Plaintiff,**

      **v.**                                 **9:04-CV-423**

**J. LOCASTRO, Lt., et al.,**

                **Defendants.**
_____

**APPEARANCES:**                            **OF COUNSEL:**

HENRY BENITEZ
97-Z-2553
Upstate Correctional Facility
P.O. Box 2001
309 Bare Hill Road
Malone, N.Y. 12953
Plaintiff, *Pro Se*

HON. ANDREW M. CUOMO              SENTA B. SUIDA, ESQ.
Attorney General for the State of New York    Assistant Attorney General
The Capitol
Albany, N.Y. 12207
Attorney for Defendants

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 25th day of October 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk is ordered to dismiss the following defendants: Amberman, Christopher, Colon, Easterbrook, Kessel, Konecny, Lennox, Leonello, Loomis, Maccucci, McNamara, Melindez, Meyers,[1] (C.O.) Miller, Murley, Parmiter, Porten, Quinn, Roux, Sgt. Smith, Wilkinson, and Yorkey.

3. Discovery is closed and the dispositive motion deadline is extended to December 28, 2008.

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: October 29, 2008
          Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge

---

[1] Defendant Meyers was listed incorrectly as Meyers, R. in the Report-Recommendation.